PUTNEY, TWOMBLY, HALL & HIRSON LLP

ESTABLISHED 1866

COUNSELORS AT LAW

521 FIFTH AVENUE

NEW YORK, NEW YORK 10175

(212) 682-0020

TELEFAX: (212) 682-9380

putneylaw.com

TAXPAYER I.D. NO. 13-5504670

December 11, 2014

**BY ECF**
The Honorable Cathy Seibel
United States District Court
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

   Re: International Business Machines Corp. v. Johnson
      14 cv-6478 (CS)(JM)

Dear Judge Seibel:

  We are pleased to report to the Court that the parties have entered into a Settlement Agreement in the above-captioned matter to withdraw the Complaint with prejudice. We request that the Court issue a 30-day Order retaining jurisdiction from today's date that either party may, if necessary, approach the Court prior to the end of that time period.

                Respectfully submitted,

                Jerome P. Coleman

cc: Hon. Judith McCarthy
   Eric Wallach, Esq.