## PUTNEY, TWOMBLY, HALL & HIRSON LLP

ESTABLISHED 1866

COUNSELORS AT LAW

521 FIFTH AVENUE

NEW YORK, NEW YORK 10175

(212) 682-0020

TELEFAX: (212) 682-9380

putneylaw.com

MEMO ENDORSED

TAXPAYER I.D. NO. 13-5504670

January 8, 2015

**BY FACSIMILE (914-390-4278)**
The Honorable Cathy Seibel
United States District Court
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150



Re: International Business Machines Corp. v. Johnson
7:14 cv. 6478 (CS)

Dear Judge Seibel:

We represent plaintiff IBM in the above-captioned matter. As you recollect, the parties have entered into a settlement of this action, and are diligently working to complete a Settlement Agreement.

Your Honor issued a 30-day Order on December 11, 2014, and the parties ask the Court to extend that Order for an additional 30 days, until February 9, 2015, in order to finalize the Agreement.

Thank you for your time and consideration herein, and both parties wish the Court a happy, healthy and productive new Year.

Respectfully submitted,

Jerome P. Coleman

cc: Eric Wallach, Esq. (via email)

Application Granted / ~~Denied~~
So Ordered.

Cathy Seibel, U.S.D.J.

Dated: 1/8/15

# FAX TRANSMISSION

PUTNEY, TWOMBLY, HALL & HIRSON, LLP
Counselors At Law
521 Fifth Avenue
New York, New York 10175
Telephone: (212) 682-0020
Telefax: (212) 682-9380
putneylaw.com

| | | | |
|---|---|---|---|
| **To:** | Hon. Cathy Seibel | **Date:** | January 8, 2015 |
| **Fax #:** | 914-390-4278 | **From:** | Jerome P. Coleman |
| | | **Pages:** | 2, including cover sheet |

COMMENTS:

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone collect and return the original message to us at the above address via the U.S. Postal Service. We will reimburse you for postage.