IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

    *Plaintiff,*

v.

CHRISTER JOHNSON,

    *Defendant.*

Civil Action No. 14 CV 06478 (CS)

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys, on behalf of the Plaintiff, International Business Machines Corporation, and the Defendant, Christer Johnson, that the above-captioned action is hereby dismissed with prejudice, with each party bearing its own costs.

The Court will retain jurisdiction of this suit for a period of one year, until JANUARY 31, 2016, for purposes of hearing and ruling upon any disputes arising under the terms of the Settlement Agreement in this case, such Agreement to be filed with this Court under seal.

Dated: January 23rd, 2015

By: _____
Jerome P. Coleman
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, New York 10175
(212) 682-0020
*Attorneys for Plaintiff*

By: _____
Eric Wallach
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
(212) 506-1750
*Attorneys for Mr. Johnson*

-7-

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/14

STIPULATION APPROVED AND SO ORDERED:

*Cathy Seibel*                               DATE: February 4, 2015

CATHY SEIBEL, U.S.D.J.
White Plains, N.Y.